UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

IN RE:                                                                  CASE NO: 14-70720-BGC13
    JAMES LOUIS MELTON, JR                                CHAPTER 13
    ELIZABETH PRINCE MELTON
            DEBTORS.

**OBJECTION TO CONFIRMATION OF DEBTORS' PLAN**

Comes now C. David Cottingham, Standing Trustee and Objects to the Debtors' plan as proposed and moves that confirmation of the plan be denied for the reason shown below:

_____ The value, as of the effective date of the Plan, of property to be distributed under the Plan to each allowed unsecured claim is less than the amount that would be paid on such claims, if the estate of the Debtors were liquidated under Chapter 7 as provided in Section 1325(a)(4)

_____ The Plan fails to provide that all of the Debtors' projected disposable income to be received in the applicable commitment period following the due date of the first payment will be applied to make payments to unsecured creditors under the Plan as provided in Section 1325(b)(1)(B).

_____ The Plan is not proposed in good faith as provided in Section 1325(a)(3).

_____ The Debtors failed to provide a copy of the Federal Income Tax return to the Trustee as required by Section 521(e)(2)(A)(i).

_____ The proposed plan payment is not feasible pursuant to Section 1325(a)(6).

**XX** The Plan as proposed cannot be Confirmed with the claims that are filed. Specifically Claim #15 filed by Internal Revenue Service in the amount of $20,471.64 was not provided for in debtors' plan in the amount filed.

_____ The Debtors have one or more potential lawsuits not provided for in the plan.

_____ The Debtors have failed to file all applicable Federal, State and local Tax returns as required by Section 1308.

This the 23rd day of May, 2014.                          /s/ C. David Cottingham
                                                                                C. David Cottingham, Standing Trustee

**THIS MATTER WILL BE HEARD AT THE HEARING ON CONFIRMATION OF THE DEBTORS' PLAN UNLESS OTHERWISE ORDERED BY THE COURT**

Certificate of Service

This is to certify that I have this day served a copy of the above Objection upon the following parties listed below by mailing a copy of the same with adequate postage thereon or by electronic means when available.

JAMES LOUIS MELTON, JR and ELIZABETH PRINCE MELTON, 12541 CAMPGROUND ROAD, NORTHPORT, AL 35475
THE LAW FIRM OF ERIC WILSON, LLC, 1902 8TH STREET, TUSCALOOSA, AL 35401

This the 23rd day of May, 2014.                          /s/ C. David Cottingham
                                                                                C. David Cottingham, Standing Trustee